UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Mark Vogel,

          Plaintiff*,

  v.

Scot Turner, Aitkin County Sheriff;
Debra Hamilton, Jail Administrator;
Jeremy Swensen, Asst. Jail Admin.;
Janet Larsen, LPN; Diane Grinde, D.O.C. Rep.;
and Alicia Peterson, Jail Nurse,,

          Defendants.

Civil No. 11-0446 (PJS/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

     The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

     Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

     **IT IS HEREBY ORDERED** that:

1.    The Report and Recommendation are **ADOPTED**;

2.    Plaintiff's Motion to Court for Order to Parties for Mediation or Arbitration (ECF No. 78) is **DENIED AS MOOT** as it pertains to the County Defendants;

3.    Plaintiff's Motion for Court-Appointed Medical Experts (ECF No. 107) is **DENIED AS MOOT** as it pertains to the County Defendants;

2

4. Plaintiff's Motion to Compel Discovery (ECF No. 119) is **DENIED AS MOOT** as it pertains to the County Defendants;

5. The County Defendants' Motion for Summary Judgment (ECF No. 82) is **GRANTED**; and

6. The County Defendants' Motion to Strike Pleading (ECF No. 115) is **DENIED AS MOOT.**

Dated:  01/30/13              s/Patrick J. Schiltz
                              PATRICK J. SCHILTZ
                              United States District Judge