UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Mark Vogel,<br><br>    Plaintiff,<br><br>v.<br><br>Scot Turner, Aitkin County Sheriff; Debra Hamilton, Jail Administrator; Jeremy Swenson, Asst. Jail Admin.; Janet Larsen, LPN; Diane Grinde, D.O.C. Rep.; and Alicia Peterson, Jail Nurse,<br><br>    Defendants. | Civil No. 11-0446 (PJS/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**; and

2. The claims against Defendant Alicia Peterson be **DISMISSED** without prejudice

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  03/13/13

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge